**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DAVID HATCHIGIAN,                           :   No. 335 EAL 2019
                                            :
                    Petitioner              :
                                            :
                                            :   Petition for Allowance of Appeal
                                            :   from the Order of the Superior Court
          v.                                :
                                            :
                                            :
KAPLIN, STEWART, MELOFF, REITER, &          :
STEIN, P.C.., ABRAMSON & DENENBERG          :
PC AND STEWART TITLE GUARANTY               :
COMPANY,                                    :
                                            :
                    Respondents             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of November, 2019, the Petition for Allowance of Appeal and the Application for Leave to File an Amended Petition for Allowance of Appeal are **DENIED**.